

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 12-26-09

CASE: Rebecca A. Wohlfert

DOCKET #: 05-92990

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Checks issued not cash'd i 90 dys -

$142.49 P/c 1 Account Solution Grp PO Box 828 Buffalo, N.Y. 14240
$121.63 P/c 2 ST. P. Service Inc. 5924 Los Angeles Ave SIMI Vly, CA 96093
264.12